UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    File No. 08-20524

-vs-

                                    Hon. Robert H. Cleland

PHILLIP GRAY,                          Mag. Judge R. Steven Whalen

      Defendant.

# STIPULATED ORDER TO EXTEND MOTION CUT-OFF DATE, PLEA CUT-OFF DATE, AND TRIAL DATE

**UPON STIPULATION** of the parties,

**IT IS HEREBY ORDERED** that the scheduling dates shall be extended as follows:

| | |
|---|---|
| **Motion Cut-off** | **January 9, 2009** |
| **Final Pretrial/plea Cut-off** | **February 3, 2009 @ 2:00 p.m.** |
| **Trial Date** | **February 9, 2009 @ 9:00 a.m.** |

**IT IS FURTHER ORDERED** that the time from November 21, 2008 to February 9, 2009 is excludable delay under the Speedy Trial Act, 18 USC §3161(h)(8)(A), as a period of delay resulting from a continuance requested by counsel for Defendant Gray and agreed to by counsel for the government, and said continuance serves the interest of justice and outweighs the best interest of the public and the defendant in a speedy trial.

                           S/Robert H. Cleland
                           **HONORABLE ROBERT H. CLELAND**

**IT IS SO STIPULATED:**

s/ *Erin Shaw* w/consent 11/04/08

**ERIN SHAW**
Assistant U.S. Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9182
Fax: (313) 226-2372
erin.shaw@usdoj.gov

s/**Craig A. Daly**

**CRAIG A. DALY, P.C.(P27539)**
Attorney for Defendant
28 W. Adams, Suite 900
Detroit, Michigan 48226
Phone: (313) 963-1455
Fax: (313) 961-4315
4bestdefense@sbcglobal.net